CHARLES STRUCKS, Respondent, *v.* ANNA CORNING, Appellant.

*Strucks* v. *Corning*, 68 App. Div. 650, affirmed.
(Submitted June 23, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 29, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John Van Voorhis* and *Browne & Poole* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.